# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on April 29, 2005**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.:** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| | : | **VIOLATIONS:** |
| **CHARLES JUDES DORIUS,** | : | |
| | : | **18 U.S.C. § 1203(a)** |
| **and** | : | **(Conspiracy to Commit Hostage Taking)** |
| | : | |
| **VAVA PIERRE,** | : | **18 U.S.C. § 1203(a)** |
| **also known as "Commandant,"** | : | **(Hostage Taking)** |
| | : | |
| **Defendants.** | : | |

## I N D I C T M E N T

The Grand Jury Charges that:

## COUNT ONE

At all times material to this Indictment, except as otherwise indicated:

### A.  The Defendants

1.      Defendant **CHARLES JUDES DORIUS** is a citizen of the Republic of Haiti.

2.      Defendant **VAVA PIERRE**, also known as "Commandant," is a citizen of the Republic of Haiti.

### B.  The Victim

3.      The victim, M.M.A.J-L, is a United States national and citizen.

### C.  Jurisdiction and Venue

4.      All events alleged in this Indictment took place within the Republic of Haiti, in the extraterritorial jurisdiction of the United States, and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

### D.  The Conspiracy

5.      Beginning at dates and times unknown to the Grand Jury, but including March 24, 2006, **CHARLES JUDES DORIUS** and **VAVA PIERRE**, also known as "Commandant," together with others known and unknown to the Grand Jury, did knowingly conspire and agree with each other and with other conspirators, both known and unknown to the Grand Jury, to seize and detain and threaten to kill, to injure, and to continue to detain M.M.A.J-L. in order to compel a third person to pay ransom as an explicit and implicit condition for the release of M.M.A.J-L.

(**Conspiracy to Commit Hostage Taking**, in violation of Title 18, United States Code, Section 1203(a))

### COUNT TWO

1.      Paragraphs 1 through 4 of Count One of this Indictment are hereby re-alleged as if fully set forth herein and are incorporated by reference.

2.      On or about March 24, 2006, **CHARLES JUDES DORIUS** and **VAVA PIERRE**, also known as "Commandant," together with others known and unknown to the Grand Jury, did knowingly seize and detain and threaten to kill, to injure, and to continue to detain

M.M.A.J-L. in order to compel a third person to pay ransom as an explicit and implicit condition

for the release of M.M.A.J-L., and attempted to do so.

(**Hostage Taking**, in violation of Title 18, United States Code, Section 1203(a))


_____A TRUE BILL:


_____FOREPERSON


Attorney of the United States in
and for the District of Columbia

3