# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA <br><br> V. <br><br> **CHARLES JUDES DORIUS** <br><br> DOB:    PDID: | DOCKET NO: **06-125**    MAGIS. NO: <br><br> NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br> Charles Judes Dorius <br><br> **FILED** <br> JUN 0 6 2006 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF:    Indictment | DISTRICT OF ARREST |
| TO:  ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO COMMIT HOSTAGE TAKING,

HOSTAGE TAKING

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:
18:1203(a) & 18:1203(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: <br> **MAGISTRATE JUDGE KAY** | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> U.S. MAGISTRATE JUDGE KAY | DATE ISSUED: <br> 5/12/06 |
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: *[signature]* | DATE: <br> 5/12/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  5-12-06 <br> DATE EXECUTED  6-6-06 <br> HIDTA CASE:  Yes    No  X | NAME AND TITLE OF ARRESTING OFFICER <br> Sean McLeod <br> SDUSM | SIGNATURE OF ARRESTING OFFICER <br> *[signature]* <br> OCDETF CASE:  Yes   No  X |