UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        v.                                     Crim No. 06-125 (RBW/JMF)

**CHARLES JUDES DORIUS,**
**VAVA PIERRE,**

        **Defendants.**

## DETENTION MEMORANDUM

      This is an unusual case because the crime was committed in Haiti. According to the government's proffer, the grand jury heard evidence that the defendants, armed with guns, kidnaped a ten year old child who is an American citizen. The evidence will also indicate that they intended the child for ransom. The plot was foiled, however, by the Haitian National police who pursued the kidnappers' car and captured them. The pursuit and capture was violent; the police and the kidnappers exchanged gun fire and one of the kidnappers was killed. Ultimately, the police prevailed and the defendant Pierre led the police to the child, who was then rescued. Upon capture, the defendants confessed their involvement in the plot to kidnap the child.

      The defendants were extradited from Haiti and obviously have absolutely no roots in the community. See United States v. Townsend, 897 F.2d 989, 996 (9th Cir. 1990). Additionally, to speak of their release is academic; I am informed by the government that if I were to release them, they would merely remain in the custody of the immigration authorities pending the resolution of this case. Understandably, their experienced counsel have voiced no objection to the government's motion that they be detained pending trial. **IT IS THEREFORE ORDERED THAT** the government's motion is granted and the defendants are detained pending trial.

                                                _____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

June 12, 2006