**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Statement of Offense was served upon Lara Quint, Esquire, 625 Indiana Ave. NW., Suite 550, Washington, D.C., Elita C. Amato, Esq. 1211 Connecticut Ave., NW, Suite 400, Washington, DC 20036, on July     , 2006.

_____
Julieanne Himelstein
ASSISTANT UNITED STATES ATTORNEY