IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff;** ) | |
| ) | |
| v. ) | **CR NO 06-0125 (RBW)** |
| ) | |
| ) | |
| **CHARLES J. DORIUS,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**MOTION TO CONTINUE SENTENCING**

Defendant, Charles Dorius, through undersigned counsel, respectfully requests this Honorable Court to continue the sentencing currently scheduled for November 13, 2006 at 9 a.m. In support of his motion, Mr. Dorius states the following:

Undersigned counsel is currently in trial before Chief Judge Hogan. While at the time sentencing was scheduled in the above-captioned case counsel believed the trial would be over, it now appears that the trial will end, at the earliest, at the end of the week of November 13th. Furthermore, in light of her obligations in conjunction with the trial, counsel has not been able to prepare a sentencing memorandum or to arrange a final, pre-sentencing meeting with her client at the D.C. Jail.[1] In order to effectively prepare for sentencing, counsel requests a continuance of the scheduled hearing until a time after December 1st.

---

1. Organizing a visit at the D.C, Jail requires making a specific appointment, and obtaining approval for, a Creole interpreter. Due to the uncertainty of her schedule, counsel has been unable to arrange such a meeting.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500