UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | CR NO 06-0125 (RBW) |
| ) | |
| CHARLES J. DORIUS, ) | |
| ) | |
| Defendant ) | |

**ORDER**

Upon consideration of defendant's Motion to Continue, it is by the Court hereby

ORDERED that the motion is GRANTED, that the sentencing date of November 13, 2006 is VACATED and that sentencing is scheduled for _____, 2006.

SO ORDERED.

_____   _____
DATE                          UNITED STATES DISTRICT JUDGE REGGIE B. WALTON

Copies to:

Julienne Himelstein, Esq.
Tom Swanton, Esq.
Elita Amato, Esq.
Lara Quint, Esq.