UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff; )<br>)<br>v. )<br>)<br>)<br>CHARLES J. DORIUS, )<br>)<br>Defendant ) | CR NO 06-0125 (RBW) – 1 |

### ORDER

Upon consideration of defendant's Motion to Continue, it is by the Court hereby

ORDERED that the motion is GRANTED, that the sentencing date of November 13, 2006 is VACATED and that sentencing is scheduled for December 19, 2006. @ 10:00 AM

SO ORDERED.

November 6, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE REGGIE B. WALTON

Copies to:

Julienne Himelstein, Esq.
Tom Swanton, Esq.
Elita Amato, Esq.
Lara Quint, Esq.