HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: __06CR125-01__ |
| | : | |
| vs. | : | SSN: __None__ |
| | : | |
| Charles Jude Dorius | : | Disclosure Date: __October 11, 2006__ |

MAR **1 6** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

    ( ✓ )    There are no material/factual inaccuracies therein.

    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        __10/18/06__

**Prosecuting Attorney**              **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

    ( )    There are no material/factual inaccuracies therein.

    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| **Defendant** | **Date** | **Defense Counsel** | **Date** |

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **October 24, 2006**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Gennine A. Hagar, Acting Chief
        United States Probation Officer